# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: C.R. BARD, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2187

THIS DOCUMENT RELATES TO THE CASES IN THE EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the Plaintiffs and C.R. Bard, Inc. ("Bard") have agreed to a settlement model with regard to Bard. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3. Plaintiffs and Bard may submit an agreed order of dismissal with prejudice on or before June 30, 2017; if settlements are not finalized and dismissal orders are not submitted by June 30, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket..

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed

to a settlement model for a group of cases and claims, including those on Exhibit A. The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

    The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2187 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 2744, and send a copy of this Order to counsel of record and any represented party.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – McSweeney Langevin, LLC**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-27694 | Christina Adams, et al. v. C.R. Bard, Inc. |
| 2:14-cv-27827 | Laura Hiles v. C.R. Bard, Inc. |
| 2:14-cv-27904 | Denniece Slaugh v. C.R. Bard, Inc. |
| 2:14-cv-28551 | Kerrie Libra, et al. v. C.R. Bard, Inc. |
| 2:14-cv-28555 | Debra Neloms v. C.R. Bard, Inc. |
| 2:14-cv-28566 | Mary Lawler, et al. v. C.R. Bard, Inc. |
| 2:14-cv-28570 | Lucinda Peleska, et al. v. C.R. Bard, Inc. |
| 2:14-cv-29054 | Tina Shaner v. C.R. Bard, Inc. |
| 2:14-cv-29055 | Cheryl Worden v. C.R. Bard, Inc. |
| 2:14-cv-29476 | Louise Swinehart v. C.R. Bard, Inc. |
| 2:14-cv-29478 | Virginia Spinks v. C.R. Bard, Inc. |
| 2:14-cv-29555 | Barbara Palmer, et al. v. C.R. Bard, Inc. |
| 2:14-cv-29638 | Randa Strelchuk, et al. v. C.R. Bard, Inc. |
| 2:14-cv-30777 | Stacy Kelley v. C.R. Bard, Inc. |
| 2:14-cv-30779 | Trina Eves v. C.R. Bard, Inc. |
| 2:15-cv-00025 | Karen Lummus v. C.R. Bard, Inc. |
| 2:15-cv-00376 | Shauna Meuchel, et al. v. C.R. Bard, Inc. |
| 2:16-cv-04384 | Melonie Jumper v. C.R. Bard, Inc. |
| 2:16-cv-04495 | Tonya Miller v. C.R. Bard, Inc. |
| 2:16-cv-04496 | Carrie Wang, et al. v. C.R. Bard, Inc. |
| 2:16-cv-04797 | Sara Niebur, et al. v. C.R. Bard, Inc. |